UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM DEMARCO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DNVB, Inc. d/b/a THURSDAY BOOT COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 1:25-cv-03076-GHW-RFT |
| JOSEPH LEE, on behalf of himself and all others similarly situated,<br><br>v.<br><br>DNVB, Inc. d/b/a THURSDAY BOOT COMPANY,<br><br>Defendant | CIVIL ACTION NO.: 1:25-cv-04393-JLR |

**PLAINTIFF, ADAM DEMARCO'S MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM LEAD COUNSEL**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Pursuant to Federal Rules of Civil Procedure 42 and 23(g), Plaintiff, Adam DeMarco, hereby moves this Court for an entry of an Order: (a) consolidating the above-captioned actions (collectively the "Related Actions"); and (b) appointing Stephen P. DeNittis of DeNittis Osefchen Prince, P.C. as Interim Lead Counsel in the consolidated action. Counsel for Plaintiff Demarco has

conferred with counsel for Defendant DNVB, Inc. who does not object to the consolidation of these matters without waiver of future arguments on other matters.

                                                Respectfully Submitted,

Dated: July 9, 2025

                                                Stephen P. DeNittis, Esq.
                                                DeNittis Osefchen Prince, P.C.
                                                315 Madison Ave, 3rd Fl
                                                New York, NY 10017
                                                Telephone: (646) 979-3642
                                                Facsimile: (856) 797-9978
                                                Email: sdenittis@denittislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, I electronically filed the foregoing document using the Court's electronic filing system and served it upon all counsel of record for each party in the above captioned actions via electronic mail.

                                                Stephen P. Denittis

Dated: July 9, 2025