UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM DEMARCO,<br><br>    Plaintiff,<br><br> -against-<br><br>DNVB, INC. d/b/a THURSDAY BOOT COMPANY,<br><br>    Defendant. | 25-CV-3076 (GHW) (RFT) |
| JOSEPH LEE,<br><br>    Plaintiff,<br><br> -against-<br><br>DNVB, INC. d/b/a THURSDAY BOOT COMPANY,<br><br>    Defendant. | 25-CV-4393 (GHW) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 Plaintiffs' opposition to the motion to dismiss is due on **September 22, 2025.** Defendants' reply in further support, if any, is due on **October 8, 2025.** Any motion to stay discovery shall be due on **October 8, 2025,** and any reply thereto shall be due on **October 15, 2025.**

DATED: August 27, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge