```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
ADAM DEMARCO, *on behalf of himself and all others similarly situated*, *et al.*,    :
                                                                :   1:25-cv-3076-GHW
                                               Plaintiffs,    :
                                                                 :   <u>ORDER</u>
                          -v -    :
DNVB, INC., *doing business as* Thursday Boot Company,    :
                                                     Defendant.    :
-------------------------------------------------------------- X

      Plaintiffs filed an amended, consolidated complaint on August 8, 2025. Dkt. No. 25. On August 22, 2025, Defendant filed a motion to dismiss the amended complaint. Dkt. No. 26. Accordingly, Defendant's motion to dismiss, Dkt. No. 18, is DENIED AS MOOT. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

      SO ORDERED.

Dated: October 13, 2025

                                                                  _____
                                                                   GREGORY H. WOODS
                                                                   United States District Judge