UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM DEMARCO, <br><br> Plaintiff, <br><br> -against- <br><br> DNVB, INC. d/b/a THURSDAY BOOT COMPANY, <br><br> Defendant. | 25-CV-3076 (GHW) (RFT) |
| JOSEPH LEE, <br><br> Plaintiff, <br><br> -against- <br><br> DNVB, INC. d/b/a THURSDAY BOOT COMPANY, <br><br> Defendant. | 25-CV-4393 (GHW) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 7, 2025, Defendant filed a motion to stay discovery in this action. (ECF 33.) On consent of the parties, discovery is stayed in this action until a decision is issued on Defendant's pending motion to dismiss Plaintiffs' Amended Complaint. (ECF 26.) As discussed at the initial case management conference on November 4, 2025, the case management plan is amended as follows:

1. Fact discovery shall be complete by **four months** following the date the Court issues a decision on the motion to dismiss that leaves claims in the case.

2. Expert discovery shall be complete by **90 days** after the fact discovery deadline that leaves claims in the case.

3. The parties shall file a joint status letter on the **first business day of each month** following a decision on the motion to dismiss that leaves claims in this case. Such letters shall discuss the status of discovery and whether settlement talks would be productive at the time.

The Clerk of Court is respectfully requested to terminate ECF 33.

DATED: November 5, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge