USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ADAM DEMARCO, *on behalf of himself and all others* :
*similarly situated*,                                             :
                                                                  :        1:25-cv-3076-GHW
                                                     Plaintiff,   :
              -v -                                                :        ORDER
                                                                  :
DNVB, INC., *doing business as* Thursday Boot                     :
Company,                                                          :
                                                                  :
                                                     Defendant.   :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 19, 2025, Defendant filed objections, Dkt. No. 46, to Magistrate Judge Robyn

F. Tarnofsky's, Report and Recommendation, Dkt. No. 45.  Plaintiff's opposition is due no later

than January 5, 2026.

        SO ORDERED.

 Dated:  December 22, 2025                          _____
                                                        GREGORY H. WOODS
                                                     United States District Judge