UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adam DeMarco,<br><br>    Plaintiff,<br><br>  -against-<br>DNVB, Inc d/b/a Thursday Boot Company,<br><br>    Defendant. | 25-CV-03076 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

   A telephonic conference is scheduled for **Thursday, April 9, 2026 at 2:30 PM.** The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 957 433 458#.

DATED: April 2, 2026          SO ORDERED.
     New York, NY

                      **ROBYN F. TARNOFSKY**
                      United States Magistrate Judge