UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM DEMARCO and JOSEPH LEE, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

DNVB, INC. d/b/a THURSDAY BOOT COMPANY,

Defendant.

25-CV-3076 (JPO) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on October 5, 2026, The deadline for completing discovery is extended until **November 27, 2026**. I do not anticipate additional extensions of time absent good cause shown. The parties are expected to meet and confer on discovery disputes on an ongoing basis and to bring disputes to the Court promptly upon reaching an impasse. I do not anticipate extending the discovery deadline further based on motions to compel brought at or close to the deadline for completing discovery.

DATED: October 5, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**